

June 11, 2024

**VIA ECF**

Magistrate Judge Stewart D. Aaron
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
Room 1970
New York, NY 10007-0274

      Re:    *Artevyr Kiab LLC v. Italic, Inc.*, S.D.N.Y. Case No. 1:24-cv-02813 –SDA
                Defendant's Letter Motion Regarding Notice of the Parties' Settlement in Principle of All Claims

Your Honor,

      I represent Defendant Italic, Inc. ("Italic") in the above-referenced action. I write to inform the Court that Defendant Italic and Plaintiff Artevyr Kiab LLC ("Artevyr"), as of this evening, reached an agreement in principle to settle all of Artevyr's claims against Italic.

      This agreement in principle was reached while I was preparing to file Italic's Motion to Dismiss against Artevyr's claims, which was due today per Your Honor's June 7, 2024, Order (Dkt. No. 17) granting my letter motion filed that same day (Dkt. No. 16).

      Given this turn of events, Italic respectfully requests that the Court (1) immediately stay this action; (2) take off calendar all pending deadlines; and (3) vacate all upcoming hearing dates (including the June 27, 2024 Initial Pretrial Conference) so that the parties may finalize a settlement agreement and dismiss this action.

      Further, it may be prudent to set a status conference regarding settlement status approximately 30 days out from June 12, though I certainly defer to Your Honor's judgment, practice, and availability when making this suggestion. Ideally, the parties will finalize their agreement and dismiss the case before the status conference. If this turns out to be the case, the status conference will go off calendar when the case is closed.

      I have not discussed the foregoing proposal with Artevyr's counsel, Ms. Sainty, but she is copied on this letter and I invite her input should she wish to give it.

Page 2

Respectfully submitted,

Andrew M. Purdy
BROWN NERI SMITH & KHAN LLP

CC (Via ECF and Email):	Stella Lee Sainty (ssainty@wmllp.com)
WACHTEL MISSRY LLP
One Dag Hammarskjold Plaza
885 Second Avenue, 47th Floor
New York, NY 10017