

WRITER'S DIRECT:

Stella Lee Sainty
ssainty@wmllp.com
212 909-9532 DIR TEL
646 648-1207 MOBILE

www.wmllp.com

FACSIMILE 212 371-0320

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2024

June 11, 2024

By ECF
Hon. Stewart D. Aaron, U.S.M.J.
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, New York 10007

Application GRANTED. The conference scheduled for June 27, 2024 shall go forward as a status conference unless the case is resolved prior to that date, in which case the Court shall cancel the conference. All other pending deadlines are adjourned *sine die*. SO ORDERED.
Dated: June 12, 2024

Re:     *Artevyr KIAB LLC v. Italic, Inc.*, S.D.N.Y. No. 24-cv-02813-SDA (the "Action")

Dear Judge Aaron:

I write on behalf of the Plaintiff Artevyr KIAB LLC in this Action against the Defendant Italic, Inc. I am pleased to report that the parties have reached an agreement in principle for the settlement of this Action.

Earlier tonight, counsel for Italic, Andrew Purdy, Esq., filed a letter motion styled as a "Notice of Settlement"[1] requesting that the Court: (1) stay this Action, (2) mark pending deadlines off-calendar, (3) vacate its prior scheduling order to convene the Initial Pretrial Conference at 9:30 A.M. on June 27, 2024, and (4) schedule a settlement status conference for July 12, 2024, or thereabouts, to hold as a control date pending finalization of a formal agreement between the parties. *See* Dkt. 18.

Plaintiff does not object and joins the application to the extent of (1) and (2). However, Plaintiff objects to the extent Mr. Purdy seeks (3) vacatur of the order setting the Initial Pretrial Conference to convene on June 27 and (4) a new conference date in mid-July to report on the status of settlement. Plaintiff submits that the Court instead simply hold a settlement status conference at 9:30 A.M. on June 27, 2024, when the Initial Pretrial Conference is presently scheduled to convene.

We thank the Court for its attention to this matter.

Respectfully submitted,

WACHTEL MISSRY LLP


By: */s/Stella L. Sainty*
Stella L. Sainty

cc:     All counsel (by ECF)

---

[1] It appears that Mr. Purdy may have inadvertently filed his document, delineated as a "letter motion" on its face, under the wrong ECF filing event "Notice of Settlement" for settling orders on notice per Local Civil Rule 77.1.