```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Artevyr KIAB LLC,

                              Plaintiff,

       -against-

Italic, Inc.,

                            Defendant.

1:24-cv-02813 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

       The parties are directed to appear for a telephone conference on Monday, July 29, 2024 at 11:00 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

       If this action resolves prior to the scheduled conference, the parties shall so inform the Court and the Court will cancel the conference.

**SO ORDERED.**

Dated:      New York, New York
              June 27, 2024

                                                   _____
                                                   STEWART D. AARON
                                                   United States Magistrate Judge